UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILIO MEJIA, ET AL, | 1:10-cv-01396 OWW JLT |
|               Plaintiff, | THE COURT'S ACKNOWLEDGMENT OF NOTICE OF BANKRUPTCY |
|     v. | FILED AS TO DEFENDANTS WEEKS WHOLESALE ROSE |
| WEEKS WHOLESALE ROSE GROWERS INC. ET AL. | GROWERS INC. |
|               Defendants. | Initial Scheduling Conference Date:  12/8/2010 8:15 Ctrm. 3 is VACATED |

The Court having received notice of bankruptcy as to Defendants Weeks Wholesale Rose Grower , Inc. Plaintiff shall obtain an order for relief from stay of bankruptcy as to said Defendants, or give notice of its intent to proceed with the balance of this action as to all other Defendants except as to the bankrupt parties. Plaintiff shall notify the court within 45 days as to the actions it has taken.

IT IS SO ORDERED.

Dated:   December 2, 2010                   /s/ Oliver W. Wanger

1

1          UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28