UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILIO MEJIA, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>WEEKS WHOLESALE ROSE GROWER, INC., et al.,<br><br>         Defendants. | Case No.: 1:10-cv-01396 -- JLT<br><br>ORDER TO PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS, INCLUDING DISMISSAL, SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION |

On October 19, 2010, Defendant Weeks Wholesale Rose Grower, Inc., filed a notice of filing bankruptcy. (Doc. 6) Soon thereafter, on December 3, 2010, the Court issued is acknowledgement of the bankruptcy filing and ordered, "**Plaintiff shall obtain an order for relief** from stay of bankruptcy as to said Defendants, **or give notice of its intent to proceed with the balance of this action** as to all other Defendants except as to the bankrupt parties. **Plaintiff shall notify the court within 45 days** as to the actions it has taken." (Doc. 7, emphasis added) Despite this, Plaintiffs have <u>never</u> responded to the Court's order and the matter has languished.

///

///

///

///

1

**ORDER**

Within 10 days, Plaintiffs **SHALL** show cause why sanctions should not be imposed, up to and including an order of dismissal, based upon Plaintiffs' failure to comply with the Court's orders and its failure to prosecute this action.

IT IS SO ORDERED.

Dated:   **December 3, 2012**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE